# UNITED STATES DISTRICT COURT

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2019**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA
v.
OSCAR AMBROSIO-LOPEZ

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No. 2-19-CR-00163-TOR-1

USM No. 21501085

Katherine Westerman
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s) 1 of the Information Superseding Indictment

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 USC § 1325(a)(1) | Unlawful Entry Into the United States | 10/03/2019 | 1s |
| | | | |

☑ Count(s) in the Indictment   ☐ is   ☑ are dismissed on the motion of the United States.

**IMPRISONMENT**

Defendant is hereby committed to the custody of the U.S.B.P. to be imprisoned for a total term of: time served (67 days).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are due immediately, payable to the Clerk of Court.

|  | Assessment/Processing Fee | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Othello, Washington

12/12/2019
Date of Imposition of Judgment

*Thomas O. Rice*
Signature of Judge

Hon. Thomas O. Rice    Chief Judge, U.S. District Court
Name and Title of Judge

12/12/2019
Date